IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR07-3009-MWB |
| | ) | |
| vs. | ) | |
| | ) | |
| STEPHEN DALE SCHNEPF | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SEALING INDICTMENT**

For cause, it is

ORDERED

That the Indictment in this matter is sealed until the arrest of the defendant.

Dated this 22 day of February, 2007.

PAUL A. ZOSS
Magistrate Judge
United States District Court
Northern District of Iowa