AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment



DEFENDANT: STEPHEN DALE SCHNEPF
CASE NUMBER: CR07-3009-001-MWB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **300 months. This term consists of 120 months on Count 1; 60 months on Count 2; 240 months on Count 3; 240 months on Count 4, all to be served concurrently; and 60 months on Count 5, which is to be served consecutively.**

■ The court makes the following recommendations to the Bureau of Prisons:
**The defendant shall participate in the Bureau of Prisons' 500-Hour Comprehensive Residential Drug Abuse Program.**

**The defendant shall be designated to a Bureau of Prisons facility in Sheridan, Oregon, which is commensurate with his security and custody classification needs.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ______________

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on 1-16-08 to FCI She

at Sheridan, OR, with a certified copy of this judgment.

Charles A. Daniels, Warden
~~UNITED STATES MARSHAL~~

By [signature]
DEPUTY UNITED STATES MARSHAL